# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

5/6/11

#8067
$2.86

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    REYNOLDS, KYLE R   / Case # 09-22333
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2.86. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant  Verizon     Amount $ 2.86     Claim Register # 12

    _____
    DOUGLAS J. LUSTIG
    Trustee

*FILED 2011 MAY -6 PM 3:58 U.S. BANKRUPTCY COURT WDNY - ROCHESTER*

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.cdog.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP